# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

May 26, 2010

Lyle W. Cayce
Clerk

No. 09-11017 c/w
No. 09-11019
Summary Calendar

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee

v.

DONALD RAY VANDERBILT,

                                        Defendant-Appellant

Appeals from the United States District Court
for the Northern District of Texas
USDC No. 1:98-CR-67-2
USDC No. 1:09-CR-43-1

Before GARZA, CLEMENT, and OWEN, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Donald Ray Vanderbilt has moved for leave to withdraw and has filed a brief in accordance with Anders v. California, 386 U.S. 738 (1967). Vanderbilt has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEALS ARE DISMISSED. See 5TH CIR. R. 42.2.